```
                                                              FILED
                                                           April 11, 2006
                                                        CLERK, US DISTRICT COURT
          UNITED STATES DISTRICT COURT FOR THE          EASTERN DISTRICT OF
                                                             CALIFORNIA
              EASTERN DISTRICT OF CALIFORNIA
                                                          DEPUTY CLERK
```

UNITED STATES OF AMERICA,           )
                                    )    Case No. CR S-06-0136 WBS
           Plaintiff,               )
v.                                  )    ORDER FOR RELEASE OF
                                    )    PERSON IN CUSTODY
TRACY ANET BUTLER,                  )
                                    )
           Defendant.               )

TO:    UNITED STATES MARSHAL:

This is to authorize and direct you to release  TRACY ANET BUTLER , Case No.  CR S-06-0136 WBS , Charge  18 USC §§ 287 and 2 , from custody subject to the conditions contained in the attached "Notice to Defendant Being Released" and for the following reasons:

____    Release on Personal Recognizance

____    Bail Posted in the Sum of $_____

  X     Unsecured Appearance Bond $  10,000

____    Appearance Bond with 10% Deposit

____    Appearance Bond with Surety

____    Corporate Surety Bail Bond

  X     (Other)  Pretrial Services Supervision with conditions

This release order is not effective until the date defendant has signed and understands the attached "Notice to Defendant Being Released".

Issued at  Sacramento, CA  on  April 11, 2006  at  2:15 p.m. .

                                    By  _Dale A. Drozd_
                                        Dale A. Drozd
                                        United States Magistrate Judge

Original - U.S. Marshal