UNITED STATES DISTRICT COURT
for the
EASTERN DISTRICT OF CALIFORNIA

FILED

AUG - 1 2006

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
DEPUTY CLERK

## PRETRIAL SERVICES VIOLATION PETITION

The United States,

-vs-

Tracy Anet Butler

Docket No. 2:06-CR-00136 WBS

**COMES NOW** Steven J. Sheehan, Pretrial Services Officer of the Court, presenting an official report upon the conduct and attitude of Tracy Anet Butler, who was placed on bond by the Honorable Dale A. Drozd, U.S. Magistrate Judge, sitting in the Court at Sacramento, California, on the 11th day of April, 2006, who imposed the general terms and conditions of pretrial supervision theretofore adopted by the Court and also imposed special terms and conditions as follows:

**BOND CONDITIONS:** The defendant was released on a $10,000 unsecured appearance bond with Pretrial Services supervision and special conditions of release. Please refer to the attachment.

**OFFENSE:** 18 USC 287 and 2 - False Claim and Aiding and Abetting (three counts).

**RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT FOR CAUSE AS FOLLOWS:**
According to Scientific Testing Labs (STL), the defendant tested positive for marijuana on May 19, June 9, July 9 and July 23, 2006. Aside from the July 23rd test, all of the urine samples submitted by the defendant were deemed by STL to be diluted due to abnormally low levels of creatinine and the specific gravity of the specimen. Ms. Butler failed to submit to testing at The Effort on May 4, 5, 8; June 6, 7, 8; and July 26, 27 and 28, 2006. Ms. Butler has not offered a valid explanation for missing her drug testing. As of the writing of this violation petition, Ms. Butler remains unemployed.

**PRAYING THAT THE COURT WILL ORDER** a bail review hearing be calendered for Wednesday, August 2, 2006, at 2:00 p.m., before Your Honor to address the defendant's poor adjustment to Pretrial supervision.

**LAST KNOWN ADDRESS:**     On file with Pretrial Services
**TELEPHONE NUMBER:**       On file with Pretrial Services

I declare under penalty of perjury that the foregoing is true and correct.

Respectfully submitted,

/s/ Steven J. Sheehan

Steven J. Sheehan
U.S. Pretrial Services Officer
August 1, 2006

### ORDER

____ The Court hereby orders a bench warrant be issued for the arrest of said defendant, bail set at $ ___.

____ The Court hereby orders this ex parte motion and order be sealed.

____ The Court orders a summons be issued with an appearance date of _____.

X The Court hereby orders this matter placed on this court's calendar on **Wednesday, August 2, 2006**, at **2:00** p.m. and orders the Pretrial Services Officer to contact the defendant and/or attorney of record to advise them of said order.

____ The Court orders no action be taken.

Considered and ordered this _1st_ day of
_August_, 2006, and ordered filed and
made a part of the records in the above case.

_____
U.S. Magistrate Judge

**Pretrial Services Violation Petition - page 2**
**Butler, Tracy Anct**

### SPECIAL CONDITIONS OF RELEASE:

1. You shall report to and comply with the rules and regulations of the Pretrial Services Agency;

2. You shall report in person to the Pretrial Services Agency on the first working day following your release from custody;

3. You shall not change residences without the prior approval of the Pretrial Services Officer;

4. Your travel is restricted to the Eastern District of California without the prior consent of the Pretrial Services Officer;

5. You shall refrain from excessive use of alcohol or any use of a narcotic drug or other controlled substance without a prescription by a licensed medical practitioner; and you shall notify Pretrial Services immediately of any prescribed medications. However, medical marijuana, prescribed or not, may not be used.

6. You shall submit to drug testing as approved by the Pretrial Services Officer; and

7. You shall seek and/or maintain verifiable employment.

### CHRONOLOGY OF EVENTS:

For the Court's information, on July 5, 2006, the defendant appeared before the Honorable William B. Shubb, U.S. District Court Judge, and entered a guilty plea as to all three counts of the Indictment. Ms. Butler is scheduled to be sentenced on September 13, 2006, at 9:00 a.m.

Subsequent to her release from custody on April 11, 2006, Ms. Butler has tested positive for marijuana on May 19, June 9, July 9 and July 23, 2006. With the exception of her last positive drug test result, all of the urine samples submitted by the defendant were deemed by the lab to be diluted due to abnormally low levels of creatinine and the specific gravity. Ms. Butler failed to submit to testing at The Effort on May 4, 5, 8; June 6, 7, 8; and July 26, 27 and 28, 2006. The undersigned Officer questioned Ms. Butler as to any continued marijuana use subsequent to her June 9th positive test result. Ms. Butler denied that she continued to use marijuana and she was unable to provide an explanation as to why she missed drug testing.

On July 19, 2006, this Officer confronted Ms. Butler as to her continued marijuana use, given that she had been on Pretrial release since April 11, 2006, and that she has consistently tested positive. Ms. Butler finally admitted that she has smoked marijuana since her release from custody. Ms. Butler became defensive and questioned this Officer as to why she has to be subjected to drug testing, said that she did not have to forthright with Pretrial Services during the pre-bail interview as to drug use, and claimed that there were co-defendants on supervision who were using drugs and were not subjected to drug testing. Ms. Butler was told that she has a history of marijuana use and that she had agreed to abide by the terms of release which included abstinence from marijuana and drug testing as directed by Pretrial Services. Further, Ms. Butler was told that she is awaiting sentencing on the underlying matter and could face significant repercussions for both her dishonesty with Pretrial Services and her poor adjustment to supervision.

Ms. Butler reportedly was terminated from her employment at the beginning of June 2006. As of the writing of this violation petition, Ms. Butler remains unemployed and has not provided Pretrial Services with any documentation of her efforts to secure employment

The assigned Assistant U.S. Attorney is calendered to appear before Your Honor on August 2, 2006. The Assistant Federal Public Defender is also available to appear before Your Honor on that date as well.